UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-61664-CIV-Martinez-Brown

TELTECH SYSTEMS, INC.,
WONDERLAND RENTALS,
INC., AND MEIR COHEN,

        Plaintiffs,

v.

BILL MCCOLLUM, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF THE STATE OF FLORIDA;
MICHAEL J. SATZ, IN HIS OFFICIAL
CAPACITY AS STATE ATTORNEY
FOR THE 17TH JUDICIAL CIRCUIT IN
BROWARD COUNTY, FLORIDA; AND
THE STATE OF FLORIDA,

        Defendants.
_____/

**MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Rule 56(b), *Federal Rules of Civil Procedure*, Plaintiffs, by and through the undersigned counsel, move for summary judgment on all Counts set forth in the Amended Complaint against Defendants. The grounds for this motion are fully explained in the accompanying Memorandum of Law. In accordance with Local Rule 7.5, Plaintiffs' Statement of Undisputed Facts as to which there is no genuine issue to be tried is filed concurrently.

    Specifically, the Plaintiffs request that the Court issue a judgment as follows:

1. Finding that the Florida Caller ID Anti-Spoofing Act

    a. Is unconstitutional because it violates the First, Fourth and Fourteenth Amendments to the United States Constitution,

    b. Is preempted by federal law and policy under the Interstate Commerce Clause of the Constitution, and

    c. Is invalid and unenforceable; and

2. Permanently restraining, enjoining and prohibiting the Defendants, their servants, agents, employees from enforcing or seeking to enforce the Caller ID Anti-Spoofing Act, Section 817.487, Florida Statutes, against the Plaintiffs or any other individual or entity, whether located within or outside the State of Florida, and for such other relief as the Court deems appropriate.

Respectfully submitted this 11th day of May, 2009.

        GRAYROBINSON, P.A.
        **Attorneys for Plaintiffs**
        401 East Las Olas Boulevard, Suite 1850
        Fort Lauderdale, Florida  33301
        Telephone : 954-761-8111
        Facsimile:  954-761-8112
        Email :  dalter@gray-robinson.com
        Email :  gresnick@gray-robinson.com
        Email :  frullan@gray-robinson.com

    By: s/ Gary Resnick
        GARY I. RESNICK
        Florida Bar No. 54419
        DANIEL ALTER
        Florida Bar No. 033510
        FRANK L. RULLAN
        Florida Bar No. 150592

        Mark C. Del Bianco
        Co-Counsel for Plaintiffs
        Law Office of Mark C. Del Bianco
        3929 Washington Street
        Kensington, Maryland
        D.C. Bar No. 3424246
        Telephone:  (301) 933-7216

Email: mark@markdelbianco.com

Professor Jonathan Askin
Director, Brooklyn Law Incubator & Policy Clinic
Brooklyn Law School
One Boerum Place, Room 331
Brooklyn, NY 11201
NY Attorney Registration No. 2473437
Of Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 11th day of May, 2009 with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served on all Defendants via transmission of Notices of Electronic Filing generated by CM/ECF.